**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

VILLAS AT FLAMINGO HOMEOWNERS ASSOCIATION, INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOSEPH HARDY, JR., DISTRICT JUDGE,
Respondents,
and
MONTE CARLO INVESTMENTS, LLC; COPPER RIDGE COMMUNITY ASSOCIATION; CACTUS SPRINGS COMMUNITY ASSOCIATION; CHATEAU VERSAILLES CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC.; LEXINGTON/CONCORDE COMMUNITY ASSOCIATION; NEWPORT COVE CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC.; THE RANCHES HOMEOWNERS ASSOCIATION; ROCK SPRINGS ELDORA NO. 10 OWNERS' ASSOCIATION; ROCK SPRINGS HOMEOWNERS ASSOCIATION; SYMPHONY HOMEOWNERS' ASSOCIATION; THE SEASONS HOMEOWNERS ASSOCIATION; TWILIGHT AT OLD VEGAS RANCH HOMEOWNERS ASSOCIATION; VILLAS AT FORT APACHE HOMEOWNERS ASSOCIATION; WAKEFIELD HOMEOWNERS ASSOCIATION; AND WINTERWOOD RANCH UNIT NO. ONE,
Real Parties in Interest.

No. 68131



FILED

JUL 24 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

### *ORDER DENYING PETITION*
### *FOR WRIT OF MANDAMUS OR PROHIBITION*

This is an original petition for a writ of mandamus challenging a district court order denying a motion to dismiss for lack of jurisdiction.

 

15-22538

Having considered the petition, we conclude that petitioner has failed to demonstrate that our extraordinary intervention is warranted. NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (holding that an appeal is generally an adequate legal remedy precluding writ relief). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Joseph Hardy, Jr., District Judge
Pengilly Law Firm
Alverson Taylor Mortensen & Sanders
Boyack & Taylor
Adams Law Group
Brown Brown & Premsrirut
Leach Johnson Song & Gruchow
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A